## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 8th day of June, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA HAND DELIVERY

Michael R. Lastowski
Christopher M. Winter
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

_____
Mary E. Augustine (No. 4477)

589681v1